**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Central District of California**

Case number (if known): _____    Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **737 N. La Brea LLC** | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 0 – 8 8 5 9 2 3 4 | |
| **4. Debtor's address** | **Principal place of business**  737 N La Brea Ave  Number   Street  Inglewood, CA 90301  City   State   ZIP Code  Los Angeles  County | **Mailing address, if different from principal place of business**  9777 Wilshire Blvd  Number   Street  Beverly Hills, CA 90212  City   State   ZIP Code  **Location of principal assets, if different from principal place of business**  737 N La Brea Ave, 721 Lamos St, 729 Lamos St  Number   Street  Inglewood, CA 90301  City   State   ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor  **737 N. La Brea LLC**                                      Case number *(if known)*
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  **5   3   1   3** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                    MM / DD / YYYY<br>      District _____  When _____  Case number _____<br>                                    MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>      District _____  When _____<br>                                    MM / DD / YYYY<br>      Case number, if known _____ |

Debtor   **737 N. La Brea LLC**                                                                            Case number *(if known)*
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number  Street<br>_____<br>City      State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion |

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page **3**

Debtor  **737 N. La Brea LLC**                                           Case number (if known) _____
         Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM/ DD/ YYYY

X _/s/_____           **Houshang Neyssani**
Signature of authorized representative of debtor     Printed name

Title ___**Manager and Sole Member**___

**18. Signature of attorney**

X _/s/ James E. Till_____     Date **01/27/2025**
Signature of attorney for debtor                MM/ DD/ YYYY

**James E. Till**
Printed name

**Till Law Group**
Firm name

**120 Newport Center Dr**
Number    Street

**Newport Beach**              **CA**        **92660**
City                           State         ZIP Code

**949-524-4999**               **james.till@till-lawgroup.com**
Contact phone                  Email address

**-200464**                    **CA**
Bar number                     State

# RESOLUTION OF 737 N. LA BREA LLC,
# A CALIFORNIA LIMITED LIABILITY COMPANY

Houhsang Neyssani, as the sole shareholder ("**Shareholder**") and Manager ("**Manager**") of 737 N. La Brea LLC, a California limited liability company (the "**Company**"), adopts the following resolutions (the "**Resolutions**").

WHEREAS, Shareholder and Manager are familiar with the facts and information relating to, among other things: (i) the Company's operations, assets, liabilities, and liquidity; (ii) the strategic alternatives available to the Company; and (iii) the potential impacts of the foregoing on the Company's businesses.

WHEREAS, Shareholder and Manager, in consultation with the Company's management and their professional advisors, have, among other things, evaluated the business alternatives available to the Company, including, but not limited to: (i) potential equity, debt and other financing, and sale; (ii) out-of-court and in-court options; and (iii) options available under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") (collectively, the "**Options**").

WHEREAS, MANAGER has the power and authority to approve any of the Options or any other strategic alternatives available to the Company.

WHEREAS, Shareholder and Manager have determined, in their judgment, that the Company's filing a voluntary chapter 11 petition in order to avail itself of applicable law, including the bankruptcy laws, is in the best interests of the Company, their creditors, and other interested parties; and that the choice of venue (i.e., the Central District of California), reflects the preferred venue choice of the Shareholder, the Manager, and the Company.

NOW, THEREFORE, BE IT:

RESOLVED, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States

1

Bankruptcy Court for the Central District of California (when filed, the "**Bankruptcy Case**"); and it is

FURTHER RESOLVED that any officer (or legally authorized individual duly acting on behalf) of the Company (each, an "**Authorized Office**r"), acting alone or with one or more other Authorized Officers (though in consultation with the Shareholder), is hereby authorized, empowered and directed to execute and file on behalf of the Company all petitions, motions, pleadings, applications, exhibits, schedules, lists, and other papers, instruments, or documents, and take and perform any and all further actions and steps that they deem necessary, desirable, and proper to obtain such relief, including, without limitation, any action necessary, appropriate, or desirable to maintain or improve the operation of the Company's business, and to cause the same to be filed in the United States Bankruptcy Court for the Central District of California, at such time as the Authorized Officers shall determine; and it is

FURTHER RESOLVED, that the retention by the Company of the law firm of Till Law Group ("**Till Law**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions necessary to advance the Company's rights in connection therewith, including filing any pleadings, is approved and ratified, and each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute and ratify appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain Till Law; and it is

FURTHER RESOLVED, that in consultation with the Shareholder, each of the Authorized Officers is authorized and empowered to employ on the Company's behalf other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers is, in consultation with the Shareholder and with power of delegation, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer or

2

Authorized Officers' judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and it is

FURTHER RESOLVED, that any and all actions heretofore taken by any of the Authorized Officers or the Shareholder and Manager in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing Resolutions are hereby ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned, being the sole shareholder and Manager of the Company, hereby execute these Resolutions.

HOUSHANG NEYSSANI

By: _____
Houshang Neyssani, as
Manager

HOUSHANG NEYSSANI

By: _____
Houshang Neyssani, as
sole shareholder

3

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
**A chapter 11 case was filed by Debtor's affiliate 3170 Cherry Avenue Property LLC on 6/27/2024 in the Central District of California, Los Angeles Division, and assigned to the Honorable Barry Russell; it was dismissed on July 29, 2024 and closed on August 8, 2024.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Los Angeles**, California

_____
Houshang Neyssani
Manager and Sole Member

Date: **01/27/2025**

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1                                    F 1015-2.1.STMT.RELATED.CASES

Fill in this information to identify the case:

Debtor name: **737 N. La Brea LLC**

United States Bankruptcy Court for the: **Central District of California**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Southern California Edison<br>1551 W San Bernardino Rd<br>Covina, CA 91722-3407 | (800) 655-4555 | Trade Debt | | | | $64,255.89 |
| 2 | Mesa Underwirters Specialty Insurance<br>6263 N Scottsdale Rd Ste 300<br>Scottsdale, AZ 85250 | (559) 256-6900<br>Nakayla Garretson<br>XPT Specialty | Insurance | | | | $18,740.00 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  **737 N. La Brea LLC**  Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case:

Debtor name _____737 N. La Brea LLC_____

United States Bankruptcy Court for the:
_____Central District of California_____

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)

☐ Amended Schedule _____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/27/2025__
           MM/ DD/ YYYY

X _____/s/_____
Signature of individual signing on behalf of debtor

__Houshang Neyssani__
Printed name

__Manager and Sole Member__
Position or relationship to debtor

Official Form B202    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **James E Till**<br>**Bar Number: 200464**<br>**Till Law Group**<br>**120 Newport Center Dr**<br>**Newport Beach, CA 92660**<br>**Phone: (310) 721-4645**<br>**Email: james.till@till-lawgroup.com**<br><br>☐ *Debtor(s) appearing without attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>**737 N. La Brea LLC**<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___4___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____**01/27/2025**_____

_____
Manager and Sole Member

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*    **F 1007-1.MAILING.LIST.VERIFICATION**

04010 - XPT Specialty
234 Clovis Ave
Clovis, CA 93612


3170 Cherry Avenue Property, LLC
9777 Wilshire Blvd Ste 400
Beverly Hills, CA 90212


737 N La Brea Loan Investors LLC
Attn Adam Phillips
2625 Alcatraz Ave Ste 513
Berkeley, CA 94705

A2 Capital LLC
Attn Customer Service
2625 Alcatraz Ave Ste 214
Berkeley, CA 94705


California Dept of Tax and Fee Admin
Account Information Grp MIC 29
PO Box 942879
Sacramento, CA 94279-0029

CCC Auto LLC
11304 Culver Blvd
Culver City, CA 90230


Centinela Car Wash Properties LLC
8549 Wilshire Blvd Ste 1271
Beverly Hills, CA 90211


City of Inglewood
Dept of Finance
1 W Manchester
Inglewood, CA 90301

CNA National Warranty Corp
4150 N Drinkwater Blvd Ste 400
Scottsdale, AZ 85251


Employment Development Dept
Bankruptcy Group MIC 92E
PO Box Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box Box 2952
Sacramento, CA 95812-2952


Frandzel Robins Bloom & Csato LC
Attn Albert Moon
1000 Wilshire Blvd 19th FL
Los Angeles, CA 90017-2427

HMN Corp
2679 Redondo Blvd
Long Beach, CA 90806


Internal Revenue Service
PO Box Box 7346
Philadelphia, PA 19101-7346


KIP Prop LLC
9777 Wilshire Blvd Ste 400
Beverly Hills, CA 90212


Loeb & Loeb LLP
Attn Lance Jurich
10100 Santa Monica Blvd Ste 2200
Los Angeles, CA 90067-4120

Los Angeles County Tax Collector
Attn Bankruptcy Unit
PO Box 54110
Los Angeles, CA 90054-0110

Mesa Underwirters Specialty Insurance
6263 N Scottsdale Rd Ste 300
Scottsdale, AZ 85250

MTM Parking
721 Lamos
Inglewood, CA 90301

National Mortgage Resources Inc
595 S Burlingame Ave
Los Angeles, CA 90049

Hooman Nissani
10094 Cielo Dr
Beverly Hills, CA 90210-0262

Hooman and Melody Nissani
10094 Cielo Dr
Beverly Hills, CA 90210-0262

Preferred Bank
3255 Valley Blvd
Alhambra, CA 91801

RHN Incorporated
Attn Michael Goldstein Secretary
17750 Ximeno Ave
Long Beach, CA 90804


SBAD Treasury Loan
14925 Kingsport Rd
Fort Worth, TX 76155


Southern California Edison
1551 W San Bernardino Rd
Covina, CA 91722-3407


Squire Patton Boggs (US) LLP
Attn G David Godwin
555 California St Ste 550
San Francisco, CA 94104


UHaul Rentals
729 Lamos
Inglewood, CA 90301


US Small Business Administration
Office of General Counsel
312 N Spring St 5th FL
Los Angeles, CA 90012